652 A.2d 294

COMMONWEALTH of Pennsylvania, Appellant,

v.

Paul R. SCHAEFFER, Jr., Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Dec. 30, 1994.

Paul M. Yatron, Robert A. Graci, Harrisburg, for Atty. General's Office.

Brett O. Feese, Williamsport, Marianne E. Cox, Philadelphia, Robert E. Colville, Robert L. Eberhardt, Pittsburgh, for Com.

Gaele McLaughlin Barthold, Philadelphia, for amicus curiae, Philadelphia Dist. Attorney's Office.

David M. McGlaughlin, Philadelphia, for amicus curiae, Pa. Ass'n. of Crim. Defense Lawyers.

Dennis C. McAndrews, Media, for amicus curiae, Pa. Dist. Attorney's Ass'n.

Peter T. Campana, Marc F. Lovecchio, Williamsport, for P.R. Schaeffer.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The Court being equally divided, the order of the Superior Court is affirmed.

MONTEMURO, J., did not participate in the decision of these cases.

NIX, C.J., and PAPADAKOS and CASTILLE, JJ., dissent and would reverse the Order of the Superior Court.